UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>BOLT, INC., d/b/a BOLT.COM, a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV06-06577-AHM (AJWx)<br><br>ORDER OF DISMISSAL |

[PROPOSED] ORDER OF DISMISSAL

{1558}

1  Pursuant to the parties' Stipulation of Dismissal and Federal Rule of Civil
2  Procedure 41(a), the Court hereby orders that this action is dismissed in its entirety
3  with prejudice, each party to bear its own costs and expenses, including attorneys'
4  fees.

6  Dated:  November 06, 2008

   _____
9  Hon. A. Howard Matz
10 **Make JS-6**          United States District Judge